JS-6/ENT.

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

APR 2 3 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| XI A. LIENG, | No. CV 14-02722-JAK (DFM) |
|        Petitioner, | JUDGMENT |
|        v. | |
| UNITED STATES OF AMERICA et al., | |
|        Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 22, 2014

_____
JOHN A. KRONSTADT
United States District Judge